O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-3811-AHM (AJWx) | Date | July 14, 2008 |
|---|---|---|---|
| Title | SUGENG PRIYANTO v. M/S AMSTERDAM, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph S. Farzam | Bradley M. Rose |
| | Aksana Moshaiv |

**Proceedings:**  PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT NARROWING ALLEGATIONS [111]

Cause called; appearances made.

Court circulates tentative order and hears oral argument. For reasons stated on the record, the Court takes plaintiffs' motion for leave to file third amended complaint under submission.

| | : | 19 |
|---|---|---|
| | Initials of Preparer | SMO |